**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Eric S. Hochstadt**
+1 (212) 310-8000
eric.hochstadt@weil.com

BY ECF

August 16, 2021

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *News Corp. v. CB Neptune Holdings, LLC et al.*, No. 21 Civ. 04610 (AKH)
<u>Request to File Under Seal and Maintain Limited Redactions</u>

Dear Judge Hellerstein:

Pursuant to Rule 4.B.ii. of your Honor's Individual Rules ("Individual Rules"), I write on behalf of Defendants CB Neptune Holdings, LLC and CB Neptune Promotions Inc. (collectively, "Neptune") to respectfully request that the Court order the sealing of an unredacted version of Neptune's Reply Memorandum of Law in Support of Their Motion to Compel Arbitration and, in the Alternative, Their Motion to Dismiss (the "Brief"). A public redacted copy of the Brief is being filed on the docket in connection with this sealing request.

Neptune seeks to redact only the specific financial dollar adjustment figures that Neptune had also previously redacted in its opening motion. Neptune incorporates by reference all arguments made in support of its previous Letter-Motion to Seal (*see* ECF No. 15), which was made with News Corporation's consent and was granted by this Court (*see* ECF No. 25). Neptune respectfully requests that this Court enter an Order: (1) sealing the unredacted version of the Brief, and (2) maintaining the limited redactions of the publicly filed version of the Brief. News Corporation consents to sealing here as well.

If this request is acceptable to Your Honor, a So Ordered line is included for the Court's convenience.

Respectfully submitted,

<u>*s/ Eric S. Hochstadt*</u>
Eric S. Hochstadt

cc:  All counsel via ECF

**SO ORDERED:**

Dated:  August __17__, 2021                    /s/ Alvin K. Hellerstein
                                                                    _____
                                                                    Honorable Alvin K. Hellerstein
                                                                    U.S. District Court Judge